BENJAMIN B. WAGNER
United States Attorney
OLUSERE OLOWOYEYE
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ANTHONY GUERENA, and ROBERT VARGAS,<br><br>Defendants. | CASE NO. 2:13-CR-0326 MCE<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: December 12, 2013<br>TIME: 9:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

**STIPULATION**

1.   By previous order, this matter was set for status on December 12, 2013.

2.   By this stipulation, defendants now move to continue the status conference until February 27, 2014, and to exclude time between December 12, 2013, and February 27, 2014, under Local Code T4.

3.   The parties agree and stipulate, and request that the Court find the following:

   a)   The government has represented that the discovery associated with this case includes investigative reports, recorded telephone conversations, and CD totaling 132 batestamped pages. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

   b)   Counsel for defendants desire additional time consult with their clients, review the evidence, and discuss potential resolutions short of jury trial.

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER                             1

      c)      Counsel for defendants believe that failure to grant the above-requested continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      d)      The government does not object to the continuance.

      e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 12, 2013 to February 27, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendants' request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  December 5, 2013                        BENJAMIN B. WAGNER
                                                    United States Attorney

                                                     /s/ OLUSERE OLOWOYEYE
                                                     OLUSERE OLOWOYEYE
                                                     Assistant United States Attorney

Dated:  December 5, 2013                        /s/ SHARI RUSK by email confirmation
                                                     SHARI RUSK
                                                     Counsel for Defendant
                                                     ROBERT GUERENA

//

//

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER      2

| | |
|---|---|
| Dated:  December 5, 2013 | /s/ DAN KOUKOL by email confirmation<br>DAN KOUKOL<br>Counsel for Defendant<br>ROBERT VARGAS |

**ORDER**

IT IS SO ORDERED.

Dated:  December 12, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: SPEEDY TRIAL ACT; FINDINGS AND ORDER

3