Shari Rusk, Bar No. 170313
Attorney at Law
PO Box 188945
Sacramento, California 95818
Tel: (916) 804-8656
Email: Rusklaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: 2:13-cr-00326-MCE |
| | ) |
| Plaintiff, | ) AMENDED STIPULATION REGARDING EXCLUDABLE |
| | ) TIME PERIODS UNDER SPEEDY TRIAL ACT; |
| | ) FINDINGS AND ORDER |
| vs. | ) |
| | ) Court:  Hon. Morrison C. England |
| | ) Time:   9:00 a.m. |
| Robert Vargas, et.al. | ) Date:   November 6, 2014 |
| | ) |
| Defendants. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendants, by and through their counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on September 4, 2014. Both defendants were arraigned on a superceding indictment alleging higher drug quantities and adding a 924(c) count – use of a firearm during a drug trafficking offense and a 922(g) count – felon in possession of a firearm as to defendant Vargas.

2.    By this stipulation, defendants now move to continue the status conference until November 6, 2014 and that date is available with the Court.  The parties stipulate to exclude time between September 4, 2014 and November 6, 2014 under Local Code T4.  Plaintiff does not oppose this request.

3.    The parties agree and stipulate, and request that the Court find the following:

a.    The government has provided discovery including investigative reports and related documents in electronic form, audio and videotapes and local law enforcement

-1-

and other witnesses and photographs.

   b.   Counsel for defendants require additional time to continue their investigation into allegations related to the newly charged gun counts.

   c.   Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d.   The government does not object to the continuance.

   e.   Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f.   For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of September 4, 2014 to November 6, 2014 inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendants in a speedy trial.

   4.   Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///
///
///
///
///
///

Dated: September 2, 2014                    Respectfully submitted,


                                    __/s/ Shari Rusk___
                                    Shari Rusk
                                    Attorney for Defendant
                                    Robert Vargas


                                    /s/ Dan Koukal_____
                                    Dan Koukal
                                    Attorney for Defendant
                                    Robert Guerena

                                    /s/ Olusere Olowoyeye
                                    Olusere Olowoyeye
                                    Assistant United States Attorney


                              **ORDER**

        IT IS SO ORDERED.

Dated:  September 4, 2014



                              _____
                              MORRISON C. ENGLAND, JR., CHIEF JUDGE
                              UNITED STATES DISTRICT COURT